NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30128
02-AUG-2013
12:44 PM

NO. 30128

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
RAYMOND JOHN BOOTS, JR., Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-CR NO. 08-1-0182)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon consideration of Defendant-Appellant's Motion for Reconsideration, filed on July 28, 2013, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, August 2, 2013.

On the motion:

Robert K. Allen
for Defendant-Appellant

*Craig H. Nakamura*
Chief Judge

*Daniel R. Foley*
Associate Judge

*[signature]*
Associate Judge